IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Townsel, Marcel

Printed: 2/19/08

Case Number: 07 B 17751
Judge: Wedoff, Eugene R
Filed: 9/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 900.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 851.40 |
| Trustee Fee: |  | 48.60 |
| Other Funds: |  | 0.00 |
| Totals: | 900.00 | 900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,526.00 | 851.40 |
| 2. | Cenlar Federal Savings Bank | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 6,505.98 | 0.00 |
| 4. | Cenlar Federal Savings Bank | Secured | 22,697.22 | 0.00 |
| 5. | CitiFinancial | Unsecured | 589.38 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 53.95 | 0.00 |
| 7. | West Side Emergency Physicians | Unsecured | 22.20 | 0.00 |
| 8. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Chicago Area Office | Unsecured | | No Claim Filed |
| 12. | Citibank | Unsecured | | No Claim Filed |
| 13. | Chicago Area Office | Unsecured | | No Claim Filed |
| 14. | Citibank | Unsecured | | No Claim Filed |
| 15. | Citibank | Unsecured | | No Claim Filed |
| 16. | Chicago Area Fed Credit Union | Unsecured | | No Claim Filed |
| 17. | Citibank | Unsecured | | No Claim Filed |
| 18. | Citibank | Unsecured | | No Claim Filed |
| 19. | ABN AMRO | Unsecured | | No Claim Filed |
| 20. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 21. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 22. | Citibank | Unsecured | | No Claim Filed |
| 23. | HSBC | Unsecured | | No Claim Filed |
| 24. | Nelnet Student Loan Corp | Unsecured | | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Townsel, Marcel

Printed: 2/19/08

Case Number: 07 B 17751
Judge: Wedoff, Eugene R
Filed: 9/28/07

| | | | |
|---|---|---|---|
| 26. | Citibank | Unsecured | No Claim Filed |
| 27. | Nelnet Student Loan Corp | Unsecured | No Claim Filed |
| 28. | Nicor Gas | Unsecured | No Claim Filed |
| 29. | Nelnet Student Loan Corp | Unsecured | No Claim Filed |
| 30. | Citibank | Unsecured | No Claim Filed |
| 31. | Nelnet Student Loan Corp | Unsecured | No Claim Filed |
| 32. | Peoples Energy Corp | Unsecured | No Claim Filed |

$ 32,394.73          $ 851.40

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 48.60 |

$ 48.60

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____